UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -v.-

GERALD MIGDOL,

        Defendant.

**ORDER**

21 Cr. 706 (JPO)

---

Upon the application of the United States of America, by Assistant United States Attorney Jarrod L. Schaeffer, it is hereby ORDERED that the Indictment in this matter be unsealed.

Dated: New York, New York
       November 19, 2021

_____
HONORABLE ONA T. WANG
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

Wheel B: J. Oetken / 11·19·2021