AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

U.S.
_____
Plaintiff
v.
Misdol
_____
Defendant

Case No. 21 CR 706

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gerald Misdol

Date: 11/19/21

_____
Joel Cohen
Attorney's signature

Joel Cohen
_____
Printed name and bar number

Stroock / 180 Maiden La
_____
Address

JCohen@Stroock.com
_____
E-mail address

(646) 413-8074
_____
Telephone number

212 806-6006
_____
FAX number