AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    21-706 (JPO) |
| Gerald Migdol | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                                                                                              .

Date:     11/28/2021                                              /s/ Tara M. La Morte
                                                                                *Attorney's signature*

                                                                            Tara M. La Morte
                                                                    *Printed name and bar number*

                                                          1 St. Andrew's Plaza, New York, NY 10007

                                                                                *Address*

                                                                    tara.lamorte2@usdoj.gov
                                                                        *E-mail address*

                                                                        (212) 637-1041
                                                                    *Telephone number*

                                                                        *FAX number*