AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cr-00706-JPO |
| GERALD MIGDOL | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GERALD MIGDOL                                                                                      .

Date:     01/05/2022

*Attorney's signature*

ELIZABETH C. MILBURN 5683321
*Printed name and bar number*

STROOCK
180 MAIDEN LANE
NY, NY 10038

*Address*

ECMILBURN@STROOCK.COM
*E-mail address*

(212) 806-1257
*Telephone number*

(212) 806-6006
*FAX number*