

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2022

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Gerald Migdol*, 21 Cr. 706 (JPO)

Dear Judge Oetken:

    The Government writes respectfully to request that the upcoming status conference in this case, which is currently scheduled for February 11, 2022, be adjourned for approximately sixty (60) days to a date and time convenient for the Court. The purpose of the adjournment is to permit additional time for the parties to discuss the case. There have been no prior adjournment requests.

    The Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from February 11 through the date of any newly-scheduled conference, in order to allow additional time for the parties' discussions. The Government has conferred with defense counsel, who consents to both the adjournment and exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney
    Southern District of New York

By:    */s/ Jarrod L. Schaeffer*

    David Abramowicz
    Tara M. La Morte
    Allison G. Moe
    Jarrod L. Schaeffer
    Assistant United States Attorneys
    Tel: (212) 637-6525 / -1041 / -2225 / -2270

cc:  Counsel of Record (via ECF)