

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 9, 2022

**By EMAIL**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Gerald Migdol*, S1 21 Cr. 706 (JPO)

Dear Judge Oetken:

The Government writes respectfully regarding (*i*) the Superseding Information ("S-1") as to the above-referenced defendant, entered during a change-of-plea hearing held on April 11, 2022; (*ii*) the transcript of that proceeding; and (*iii*) this Court's April 13, 2022 order accepting the defendant's plea, all of which are currently sealed.

In light of subsequent events and certain developments in the Government's ongoing investigation, the Government respectfully submits that it is no longer necessary to maintain the above materials under seal or further delay the associated docket entries. The Government thus has no objection to the docketing of the materials listed above, and no objection to this letter being docketed following their unsealing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:   */s/ Jarrod L. Schaeffer*

David Abramowicz
Tara M. La Morte
Allison G. Moe
Jarrod L. Schaeffer
Assistant United States Attorneys
Tel: (212) 637-6525 / -1041 / -2225 / -2270

> Granted. The referenced documents and associated docket entries are hereby unsealed. This letter shall also be docketed.
> So ordered.
> 5/9/2022

J. PAUL OETKEN
United States District Judge