UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
                                :
UNITED STATES OF AMERICA        :
                                :     **SEALED ORDER**
            - v. -              :
                                :     S1 21 Cr. 706 (JPO)
GERALD MIGDOL,                  :
                                :
                  Defendant.    :
                                :
------------------------------- x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on April 11, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

WHEREAS, active law enforcement investigations may be compromised if this Order is publicly docketed;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and

IT IS FURTHER ORDERED that this Order and the accompanying application shall be sealed until otherwise ordered by the Court, except that the Government may, without further order of this Court, disclose this Order as necessary to comply with discovery and disclosure obligations in any prosecutions related to this matter.

SO ORDERED:

Dated:   New York, New York
         April 13, 2022

                                              _____
                                              J. PAUL OETKEN
                                              United States District Judge