

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 19, 2022

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *United States v. Gerald Migdol*, S1 21 Cr. 706 (JPO)

Dear Judge Oetken:

  The Government writes respectfully regarding the date for Gerald Migdol's sentencing proceeding, which is currently scheduled for July 22, 2022. Given the defendant's ongoing cooperation with the Government, which is expected to extend at least though the trial in this case scheduled to begin on January 23, 2023, the Government respectfully requests that the defendant's sentencing proceeding be adjourned to a control date in March 2023. The Government has conferred with counsel for the defendant, who consents to the requested adjournment.

           Respectfully submitted,

           DAMIAN WILLIAMS
           United States Attorney
           Southern District of New York

      By: */s/*_____
           Celia V. Cohen
           Andrea M. Griswold
           Jarrod L. Schaeffer
           Assistant United States Attorneys
           Tel: (212) 637-2466 / -1205 / -2270

cc: Counsel of Record (via ECF)