

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2023

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Gerald Migdol*, S1 21 Cr. 706 (JPO)

Dear Judge Oetken:

    The Government writes respectfully regarding the date for Gerald Migdol's sentencing proceeding, which is currently scheduled for March 7, 2023. Given the defendant's ongoing cooperation with the Government, which is expected to extend at least though trial in this case, the Government respectfully requests that Mr. Migdol's sentencing proceeding be adjourned to a control date in March 2024.

    The Government has conferred with counsel for Mr. Migdol, who consents to the requested adjournment.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney
    Southern District of New York

By:    /s/

    Celia V. Cohen
    Andrea M. Griswold
    Jarrod L. Schaeffer
    Assistant United States Attorneys
    Tel: (212) 637-2466 / -1205 / -2270

cc:  Counsel of Record (via ECF)