

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 2, 2023

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Gerald Migdol*, S1 21 Cr. 706 (JPO)

Dear Judge Oetken:

The Government writes respectfully regarding the date for Gerald Migdol's sentencing proceeding, which is currently scheduled for March 7, 2023. Given the defendant's ongoing cooperation with the Government, which is expected to extend at least though trial in this case, the Government respectfully requests that Mr. Migdol's sentencing proceeding be adjourned to a control date in March 2024.

The Government has conferred with counsel for Mr. Migdol, who consents to the requested adjournment.

> Granted. Sentencing of Defendant Migdol is hereby adjourned to March 7, 2024 at 12:00 p.m.
>  So ordered:
>  3/6/2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:   */s/*
 

Celia V. Cohen
Andrea M. Griswold
Jarrod L. Schaeffer
Assistant United States Attorneys
Tel: (212) 637-2466 / -1205 / -2270

J. PAUL OETKEN
United States District Judge