

May 12, 2023

Joel Cohen
Direct Dial: 212.806.5644
jcohen@stroock.com

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     United States v. Gerald Migdol, S1 21 Cr. 706 (JPO)

Dear Judge Oetken:

We represent Gerald Migdol in the above-referenced matter.  Mr. Migdol has complied with all the requirements of the personal recognizance bond set by the Magistrate Judge at his arraignment.  It limits him to travel in the Southern District of New York.  He proposes to travel to and from Woodstock, New York in Ulster County, New York from May 26 to May 29 for which he herewith seeks approval of the Court.  The government, by Assistant United States Attorney Jarrod Schaeffer, has advised that they have no objection to this request.

Respectfully yours,

/s/ Joel Cohen

Joel Cohen


cc: All Counsel (via ECF)