

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 14, 2023

**By ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Gerald Migdol, et al.*, 21 Cr. 706 (JPO)

Dear Judge Oetken:

    I write to notify the Court that I will be leaving the United States Attorney's Office for the Southern District of New York.  Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance as counsel of record in the above-captioned matter.

Granted.
So ordered.
12/15/2023

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   /s/
    Alison Moe
    Assistant United States Attorney
    212-637-2225

_____
J. PAUL OETKEN
United States District Judge