**Petrillo Klein + Boxer**

655 Third Avenue, 22nd Fl.
New York, NY 10017

T: 212.370.0330
www.pkbllp.com

**JOEL COHEN**
jcohen@pkbllp.com
D: 212.370.0339
M: 646.413.8074

December 19th, 2023

Hon. J. Paul Oetken
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square,
New York, NY 10017

<u>**Re: U.S. v Gerald Migdol, 21-CR-706 (JPO)**</u>

Dear Judge Oetken:

I represent the defendant Gerald Migdol in the referenced matter.

Please be advised that I am no longer associated with the law firm of Stroock & Stroock & Lavan, LLP. Effective November 1, 2023 I have become associated as Senior Counsel with Petrillo Klein & Boxer, LLP at 655 Third Avenue, New York, New York, 10017. My contact information is above.

I thank the Court for its attention to this matter.

Respectfully,

Joel Cohen

Cc: All counsel