

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 14, 2024

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Migdol et al.*, 21 Cr. 706 (JPO)

Dear Judge Oetken:

I am leaving the United States Attorney's Office for other employment. Accordingly, I respectfully request that the Court direct the Clerk of Court to terminate my appearance in this case.

Thank you very much for the Court's consideration.

Granted.
So ordered.
 2/15/2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

_____
J. PAUL OETKEN
United States District Judge

by: _____
David Abramowicz
Assistant United States Attorney
(212) 637-6525

cc:    Counsel of record (by ECF)