

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 21, 2024

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Gerald Migdol*, S1 21 Cr. 706 (JPO)

Dear Judge Oetken:

    The Government respectfully submits this letter to inform the Court of the death of Gerald Migdol. The Government intends to move for an order of *nolle prosequi* upon receipt of Mr. Migdol's death certificate from defense counsel. The Government requests that the control date for Mr. Migdol's sentencing, currently set for March 7, 2024, be removed from the Court's calendar.

                                                       Respectfully submitted,

                                                       DAMIAN WILLIAMS
                                                     United States Attorney
                                                     Southern District of New York

                               By:    */s/*_____

                                                     Celia V. Cohen
                                                     Assistant United States Attorney
                                                     Tel: (914) 993-1921

cc:  Counsel of Record (via ECF)