

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 21, 2024

**By ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Gerald Migdol*, S1 21 Cr. 706 (JPO)

Dear Judge Oetken:

The Government respectfully submits this letter to inform the Court of the death of Gerald Migdol. The Government intends to move for an order of *nolle prosequi* upon receipt of Mr. Migdol's death certificate from defense counsel. The Government requests that the control date for Mr. Migdol's sentencing, currently set for March 7, 2024, be removed from the Court's calendar.

Granted.
So ordered.
 2/21/2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:   /s/
Celia V. Cohen
Assistant United States Attorney
Tel: (914) 993-1921

J. PAUL OETKEN
United States District Judge