UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERALD MIGDOL,<br><br>            Defendant. | **NOLLE PROSEQUI**<br><br>S1 21 Cr. 706 (JPO) |

1.      The filing of this *nolle prosequi* will dispose of the charges filed against defendant GERALD MIGDOL.

2.      On April 11, 2022, GERALD MIGDOL was charged in a seven-count information, (Docket No. 36, the "Information"), with violations of Title 18, United States Code, Sections 371 (conspiracy), 666(a)(2) (bribery), 1343 and 1346 (honest services wire fraud), 1349 (wire fraud conspiracy), 1028A(a)(1) and 1028A(b) (aggravated identity theft), 1519 (falsification of records), 1349 (bank fraud conspiracy), and 2 (aiding and abetting).

3.      On February 9, 2024, while the above-captioned case was pending, GERALD MIGDOL died.  Attached hereto as Exhibit A is a true and correct copy of MIGDOL's death certificate.

4.      Because GERALD MIGDOL died while this case was pending, and therefore before a final judgment was issued, the Information must be dismissed under the rule of abatement. *See United States v. Wright*, 160 F.3d 905, 908 (2d Cir. 1998).

      5.      In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to defendant GERALD MIGDOL.

Dated: New York, New York
       February 27, 2024

_____
Celia V. Cohen
Assistant United States Attorney
(914) 993-1921

      Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant GERALD MIGDOL with respect to the Information.

_____
DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Dated: New York, New York
       February 27, 2024


SO ORDERED:

_____
Honorable J. Paul Oetken
United States District Judge
Southern District of New York


Dated: New York, New York
       _____, 2024

# EXHIBIT A

DOH-1961 (8/2011)

**NEW YORK STATE DEPARTMENT OF HEALTH**

# CERTIFICATE OF DEATH

RECORDED DISTRICT: 5953
REGISTER NUMBER: 031
STATE FILE NUMBER: 131-2024-00011997

**1. NAME:** Gerald Steve Migdol
**2. SEX:** Male
**3A. DATE OF DEATH:** 02 / 09 / 2024
**3B. HOUR:** 09:05 AM

**4A. PLACE OF DEATH:** [X] PRIVATE RESIDENCE
**4C. NAME OF FACILITY:** [redacted]
**4D. LOCALITY:** [redacted]
**4E. COUNTY OF DEATH:** Westchester

**4F. MEDICAL RECORD NO.:** 2024-0389
**4G. WAS DECEDENT TRANSFERRED FROM ANOTHER INSTITUTION?** [X] NO

**5. DATE OF BIRTH:** [redacted]
**6A. AGE IN YEARS:** 73 yrs.
**7A. CITY AND STATE OF BIRTH:** Bronx, New York

**8. SERVED IN U.S. ARMED FORCES?** [X] NO
**9. DECEDENT OF HISPANIC ORIGIN?** [X] A. No, not Spanish/Hispanic/Latino
**10. DECEDENT'S RACE:** [X] A. White/Caucasian

**11. DECEDENT'S EDUCATION:** [X] 8. Doctorate/Professional degree

**12. SOCIAL SECURITY NUMBER:** [redacted]
**13. MARITAL STATUS:** [X] 2. MARRIED
**14. SURVIVING SPOUSE:** Sheryl Eve Perl

**15A. USUAL OCCUPATION:** Real Estate Developer
**15B. KIND OF BUSINESS OR INDUSTRY:** Real Estate
**15C. NAME AND LOCALITY OF COMPANY OR FIRM:** The Migdol Organization, New York, NY

**16A. RESIDENCE:** NY
**16B. County:** Westchester
**16C. LOCALITY:** Greenburgh Town
**16D. STREET AND NUMBER OF RESIDENCE:** [redacted]
**16E. ZIP CODE:** [redacted]

**17. BIRTH NAME OF FATHER/PARENT:** Max Migdol
**18. BIRTH NAME OF MOTHER/PARENT:** Betty Mintzer

**19A. NAME OF INFORMANT:** Sheryl Eve Migdol
**19B. MAILING ADDRESS:** [redacted]

**20A.** [X] 1. BURIAL    Date: 02 / 11 / 2024
**20B. PLACE OF BURIAL:** Mount Hope Cemetery
**20C. LOCATION:** Hastings-on-Hudson, New York

**21A. NAME AND ADDRESS OF FUNERAL HOME:** Edwards-Dowdle Funeral Home Inc, 64 Ashford Ave, Dobbs Ferry, NY 10522
**21B. REGISTRATION NUMBER:** 00522

**22A. NAME OF FUNERAL DIRECTOR:** Danielle M Ponga
**22B. SIGNATURE OF FUNERAL DIRECTOR:** ▶ *Danielle M Ponga Electronically Signed*
**22C. REGISTRATION NUMBER:** 12905

**23A. SIGNATURE OF REGISTRAR:** ▶ *Lisa Maria Nero Electronically Signed*
**23B. DATE FILED:** 02 / 09 / 2024
**24A. BURIAL OR REMOVAL PERMIT ISSUED BY:** Luis Beltran
**24B. DATE ISSUED:** 02 / 09 / 2024

**ITEMS 25 THRU 33 COMPLETED BY CERTIFYING PHYSICIAN -- OR -- CORONER/CORONER'S PHYSICIAN OR MEDICAL EXAMINER**

**25A. CERTIFICATION:** To the best of my knowledge, death occurred at the time, date and place and due to the causes stated.
**Certifier's Name:** Alexandra Dow, MD
**License No.:** 179809
**Signature:** ▶ *Alexandra Dow, MD Electronically Signed*    Date: 02 / 09 / 2024
**Certifier's Title:** [X] D. Attending Physician
**Address:** 700 white plains Road 200, Scarsdale, NY 10583

**26A. Attending physician attended deceased:** FROM 01 / 24 / 2024 TO 02 / 09 / 2024
**26B. Deceased last seen alive by attending physician:** 01 / 24 / 2024
**26C. Pronounced Dead ON:** 02 / 09 / 2024 AT 09:05 AM

**27. MANNER OF DEATH:** [X] 1. NATURAL CAUSE
**28. WAS CASE REFERRED TO CORONER OR MEDICAL EXAMINER?** [X] NO
**29A. AUTOPSY?** [X] NO
**29B. IF YES, WERE FINDINGS USED TO DETERMINE CAUSE OF DEATH?** [ ] NO [ ] YES

**30. DEATH WAS CAUSED BY:**
PART I. IMMEDIATE CAUSE:
(A) [redacted] — months
DUE TO OR AS A CONSEQUENCE OF:
(B) [redacted] — days
DUE TO OR AS A CONSEQUENCE OF:
(C) <<<>>> — <<<>>>

PART II. OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART I (A): <<<>>>

**DID TOBACCO USE CONTRIBUTE TO DEATH?** [X] 0. NO

**31A. IF INJURY, DATE:** [blank]
**31B. INJURY LOCALITY:** [blank]
**31C. DESCRIBE HOW INJURY OCCURRED:** [blank]
**31D. PLACE OF INJURY:** [blank]
**31E. INJURY AT WORK?** [blank]

**31F. IF TRANSPORTATION INJURY, SPECIFY:** [blank]
**32. WAS DECEDENT HOSPITALIZED IN LAST 2 MONTHS?** [X] 1. YES
**33A. IF FEMALE:** [blank]
**33B. DATE OF DELIVERY:** [blank]

I HEREBY CERTIFY THAT THIS IS A TRUE COPY OF A TRANSCRIPT FILED IN THE OFFICE OF THE TOWN CLERK, TOWN OF GREENBURGH

Deputy Town Clerk
Deputy Registrar